**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Debtors.**
**_______________________/**

**Case No. 11-39825 LMI**
**Chapter 7**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Plaintiffs,**

**Adv. Case No. 13-01140 LMI**

**vs.**

**Edmundo Gugliotta,**
**Defendant.**
**_______________________/**

**PLAINTIFFS' ANSWER TO COUNTERCLAIM**

**COME NOW THE PLAINTIFFS, LESLIE HOWARD ROBERTS, JR. AND SILVIA CASTRO ROBERTS,** by and through the undersigned attorney, and respond to the Defendant's Counterclaim as follows:

1. (Paragraph 20 of the Counterclaim) Admit that the Creditor interposed a counterclaim.
2. (Paragraph 21 of the Counterclaim) Admit.
3. (Paragraph 22 of the Counterclaim) Admit.
4. (Paragraph 23 of the Counterclaim) Admit that the Debtors deal in art.
5. (Paragraph 24 of the Counterclaim) Admit that the Creditor collects art as well as reproduces, sells, and resells art.
6. (Paragraph 25 of the Counterclaim) Deny.
7. (Paragraph 26 of the Counterclaim) Deny that any representation one way or the other was made because the Creditor was dealing directly with pop artist Peter Max.

8. (Paragraph 27 of the Counterclaim) Deny.

9. (Paragraph 28 of the Counterclaim) Deny.

10. (Paragraph 29 of the Counterclaim) Deny.

11. (Paragraph 30 of the Counterclaim) Without Knowledge.

12. (Paragraph 31 of the Counterclaim) Deny.

13. (Paragraph 32 of the Counterclaim) Deny.

14. (Paragraph 33 of the Counterclaim) Deny.

15. (Paragraph 34 of the Counterclaim) Deny.

16. (Paragraph 35 of the Counterclaim) Without Knowledge as to whether or not using false pretenses to get art collectors to part with their money by leading them to think that they are purchasing genuine Peter Max art when they are really buying forged art is larceny by trick, but immaterial because the Debtors did not use false pretenses to get art collectors to part with their money.

17. (Paragraph 36 of the Counterclaim) Deny.

18. (Paragraph 37 of the Counterclaim) Admit that in their bankruptcy paperwork, the Debtors represented that all the art in their gallery is on consignment and that there are signs posted that so advises the public. Deny that this necessarily means that any sale of this art would be a sale in their fiduciary capacity. Deny that the fact that if the alleged fraud and defalcation occurred while in the Debtors' fiduciary capacity, it would be another basis for denying discharge but immaterial because the Debtors did not sell art in a fiduciary capacity.

19. (Paragraph 38 of the Counterclaim) Without Knowledge.

20. (Paragraph 39 of the Counterclaim) Deny.

21. (Paragraph 40 of the Counterclaim) Deny.

22. (Paragraph 41 of the Counterclaim) Deny.

23. (Paragraph 42 of the Counterclaim) Deny.

24. (Paragraph 43 of the Counterclaim) Admit that the Debtors sold art on consignment. All other allegations within Paragraph 43 of the Counterclaim are Denied.

25. (Paragraph 44 of the Counterclaim) Without Knowledge as to what the Creditor contemplates but the Debtors Deny that the debt will be converted into an order of restitution under Title 18 of the United States Code or under any other State or Federal Statute.

26. (Paragraph 45 of the Counterclaim) Deny that there is any debt to be liquidated. Without Knowledge as to whether the Creditor will be seeking relief from the stay in order to liquidate the amount of the damages or whether the Creditor will also be seeking leave to send demand letters under Florida's civil remedies for criminal practices laws.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2013 a copy of the foregoing Answer to Counterclaim was delivered to Dirk Lorenzen, Esq. by email to eservice.lorenzenlaw.

Submitted by: /s/ Mark S. Steinberg
Signature

Mark S. Steinberg, Esq.
Florida Bar No. 883913
Attorney for Debtors
9400 South Dadeland Boulevard
Penthouse Five
Miami, Florida 33156
Telephone: (305) 671-0015
Primary email: mss@steinberglawoffices.com
Secondary email: mss25@juno.com