**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Debtors.**
**________________________/**

**Case No. 11-39825 LMI**
**Chapter 7**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Plaintiffs,**

**vs.**

**Edmundo Gugliotta,**
**Defendant.**
**________________________/**

**Adv. Case No. 13-01140 LMI**

**PLAINTIFFS' RESPONSE TO REQUEST FOR PRODUCTION**

**COME NOW THE PLAINTIFFS, LESLIE HOWARD ROBERTS, JR. AND SILVIA CASTRO ROBERTS,** by and through the undersigned attorney, and respond to the Defendant's Request for Production as follows:

1. The Debtors object to Items 1 through 14 of the First Group of Requests as overly burdensome to produce and not relevant to the issues raised in the Complaint or the Counterclaim.

2. The Debtors are not in possession or aware of anything that would be responsive to Items 15 or 16 of the First Group of Requests.

3. The Debtors object to Item 17 of the First Group of Requests because anything responsive to this item would already be in the Creditor's possession.

4. The Debtors are not in possession of anything that would be responsive to Items 18 or 19 of the First Group of Requests.

5. The Debtors object to Item 20 of the First Group of Requests because it is not relevant to the issues raised in the Complaint or the Counterclaim.

6. The Debtors object to Item 21 as attorney client privilege.

7. The Debtors object to Item 22 of the Second Group of Requests because anything responsive to this item would already be in the Creditor's possession.

8. The Debtors are not in possession of anything that would be responsive to Items 23 or 24 of the Second Group of Requests.

9. The Debtors object to Item 25 of the Second Group of Requests because it is not relevant to the issues raised in the Complaint or the Counterclaim.

10. The Debtors will deliver to the Creditor records in response to Item 26 of the Second Group of Requests within three business days of the filing of this Response.

11. The Debtors are not in possession of anything that would be responsive to Item 27 of the Second Group of Requests.

12. The Debtors will deliver to the Creditor documents in response to Item 28 of the Second Group of Requests within three business days of the filing of this Response.

13. The Debtors object to Items 29 and 30 of the Second Group of Requests as overly burdensome to produce and not relevant to the issues raised in the Complaint or the Counterclaim.

14. The Debtors will deliver to the Creditor documents in response to Items 31 and 32 of the Second Group of Requests within three business days of the filing of this Response.

15. The Debtors are not in possession of anything that would be responsive to Item 33 of the Second Group of Requests.

16. The Debtors are not in possession of anything that would be responsive to Item 34 of the Third Group of Requests.

17. The Debtors object to Item 35 of the Third Group of Requests as not relevant to the issues raised in the Complaint or the Counterclaim.

18. The Debtors are not in possession of anything that would be responsive to Item 36 of the Third Group of Requests.

19. The Debtors object to Item 37 of the Third Group of Requests as not relevant to the issues raised in the Complaint or the Counterclaim.

20. The Debtors are not in possession of anything that would be responsive to Item 39 of the Third Group of Requests.

21. The Debtors are not in possession of anything that would be responsive to Item 40 of the Third Group of Requests.

22. The Debtors object to Item 41 of the Third Group of Requests as not relevant to the issues raised in the Complaint or the Counterclaim.

23. The Debtors object to Item 42 of the Third Group of Requests as overly burdensome to produce and not relevant to the issues raised in the Complaint or the Counterclaim.

24. The Debtors object to Items 43 and 44 of the Fourth Group of Requests as overly burdensome to produce, confidential in nature, liable to reveal sensitive information regarding persons or entities not a party to this litigation, and not relevant to the issues raised in the Complaint or the Counterclaim.

25. The Debtors will deliver to the Creditor documents in response to Item 45 of the Fourth Group of Requests within three business days of the filing of this Response.

26. The only records that are responsive to Item 46 of the Fourth Group of Requests are emails written by the Creditor that are presumably still in the Creditor's possession.

27. The Debtors will deliver to the Creditor documents in response to Items 47 and 48 of the Fourth Group of Requests within three business days of the filing of this Response.

28. The Debtors are not in possession of anything that would be responsive to Item 49 of the Fourth Group of Requests.

29. The Debtors object to Item 50 of the Fourth Group of Requests as overly burdensome to produce, confidential in nature, liable to reveal sensitive information regarding persons or entities not a party to this litigation, and not relevant to the issues raised in the Complaint or the Counterclaim.

30. The Debtors will deliver to the Creditor documents in response to Items 51 through 53 of the Fifth Group of Requests within three business days of the filing of this Response.

31. The Debtors are not in possession of anything that would be responsive to Item 54 of the Fifth Group of Requests.

32. The Debtors object to Item 55 of the Fifth Group of Requests as overly burdensome to produce, confidential in nature, liable to reveal sensitive information regarding persons or entities not a party to this litigation, and not relevant to the issues raised in the Complaint or the Counterclaim.

33. The Debtors will deliver to the Creditor documents in response to Item 56 of the Fifth Group of Requests within three business days of the filing of this Response.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2013 a copy of the Foregoing Response to Defendant's Request for Production was delivered to Dirk Lorenzen, Esq. by email to eservice.lorenzenlaw.

Submitted by: /s/ Mark S. Steinberg

Signature

Mark S. Steinberg, Esq.
Florida Bar No. 883913
Attorney for Debtors
9400 South Dadeland Boulevard
Penthouse Five
Miami, Florida 33156
Telephone: (305) 671-0015
Primary email: mss@steinberglawoffices.com
Secondary email: mss25@juno.com