**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Debtors.**
**_______________________/**

**Case No. 11-39825 LMI**
**Chapter 7**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Plaintiffs,**

**Adv. Case No. 13-01140 LMI**

**vs.**

**Edmunodo Gugliotta,**
**Defendant.**
**_______________________/**

**AFFIDAVIT OF DEBTOR LESLIE HOWARD ROBERTS**
**IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before Me, the undersigned authority, personally appeared Leslie Howard Roberts, Jr. who has been duly sworn, deposes, and says that:

1. I am a Debtor, a Plaintiff, and a Counter-Defendant in this action.

2. I have personal knowledge of the facts surrounding this action.

3. The Motion for Summary Judgment contains inaccurate allegations posing as undisputed facts when in truth those allegations have neither been admitted or otherwise adjudicated as true and uncontroverted.

4. The actual debt itself which is the subject matter of this proceeding is in dispute, and the allegation presented as fact that the debt is for money received through false representations is most certainly in dispute.

5. I did not knowingly participate in the sale of counterfeit or forged art to Edmundo Gugliotta. It has not yet even been determined that the art that I sold to Edmundo is really counterfeit or forged.

6. At no time did I assure Edmundo that the art was genuine or original. The Certificates of Authenticity that I gave to him were provided to me by the Peter Max gallery in New York and by the other art suppliers.

7. The Affidavit of Edmundo Gugliotta that accompanies the motion contains statements that are misleading and statements that are outright untruthful.

8. For example, the third statement in the Affidavit is that Edmundo met me and my wife Silvia "in connection with [his] collection of Peter Max art." The statement is factually correct. However in truth, I first met Edmundo in April 2010 and we worked together as business partners from June 2010 through April 2012. The implication of the statement is that we first met because Edmundo wanted to buy Peter Max art from my gallery and that was the only reason for our business relationship. The implication is most certainly not a truthful one. I purchased my first piece of Peter Max art in April 2010 (which is how Edmundo and I first became acquainted) whereas Edmundo began purchasing and dealing in Peter Max art as far back as **1973**!

9. The fifth through eighth statements in the Affidavit make allegations that the art and the certificates of authenticity were forged. These allegations have yet to be proved and even if they are proved to be true do not mean that I or my wife Silvia had any knowledge prior to the sale.

10. The fourteenth and fifteenth statements in the Affidavit are also not factually accurate and are inserted to mislead the Court into falsely believing that I participated in a pattern

of behavior. The lawsuit *Britto Central, Inc. and Romero Britto v. Les Roberts* was voluntarily dismissed with prejudice and without any determination that I had knowledge that counterfeit art was sold through my gallery. Similarly, the statements that in 1986 I was supposedly sentenced to fifteen years in prison for securities fraud is inaccurate and included in his Affidavit solely in an attempt to prejudice this Court.

11. Finally, although Edmundo states in his Affidavit that he relied to his detriment upon my assurances that the art was genuine, it is doubtful that this is a truthful statement because not only did Edmundo create his own "original" Peter Max artwork for his personal enjoyment, he sold his own creations as original Peter Max art for a profit and was certainly more qualified than I to detect counterfeit pieces.

**FURTHER AFFIANT SAYETH NAUGHT**

Leslie Howard Roberts

Affiant, Leslie Howard Roberts

The foregoing instrument was acknowledged before me on May 3, 2013 by Leslie Howard Roberts who produced a valid driver's license as identification.

My Commission Expires: 07/26/2015

Notary Public

Print Name: Silvio Ortega

Notary Public State of Florida
Silvio Ortega
My Commission EE115658
Expires 07/26/2015