**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.** **Case No. 11-39825 LMI**
**Silvia Castro Roberts,** **Chapter 7**
**Debtors.**
**_________________________/**

**Leslie Howard Roberts, Jr.** **Adv. Case No. 13-01140 LMI**
**Silvia Castro Roberts,**
**Plaintiffs,**

**vs.**

**Edmunodo Gugliotta,**
**Defendant.**
**_________________________/**

**AFFIDAVIT OF DEBTOR SILVIA CASTRO ROBERTS**
**IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before Me, the undersigned authority, personally appeared Silvia Castro Roberts, who has been duly sworn, deposes, and says that:

1. I am a Debtor, a Plaintiff, and a Counter-Defendant in this action.

2. I have personal knowledge of the facts surrounding this action.

3. I did not participate in the sale of any artwork to Mr. Edmundo Gugliotta. I am not an officer of my husband's art gallery nor am I even an employee.

4. At no time did I ever discuss art with Mr. Gugliotta let alone make any assurances to him regarding the authenticity of any particular pieces.

5. The Affidavit that accompanies the motion contains statements that are misleading and statements that are outright untruthful.

6. For example, the third statement in the Affidavit is that Mr. Gugliotta met me and my husband in connection with his collection of Peter Max art. I have known Mr. Gugliotta since 2010 only because he and my husband Leslie were business partners. Although I am occasionally in my husband's art gallery, I did not jointly run the gallery with Leslie nor did I ever represent that I personally was in the business of selling Peter Max artwork or any other artwork.

7. The fourth statement in the Affidavit and the sixteenth through twenty-fourth statements in the Affidavit are also incorrect because they say that Mr. Gugliotta purchased Peter Max art from the Debtors (plural), relied upon statements made by the Debtors (plural), etc. The art was only purchased from my husband and all representations, if in fact there were any representations at all, would have been made only by my husband. I would not have made any statements upon which Mr. Gugliotta would rely because I am not an expert in art and would have no basis upon which to make any assurances.

**FURTHER AFFIANT SAYETH NAUGHT**

Affiant, Silvia Castro Roberts

The foregoing instrument was acknowledged before me on May 3, 2013 by Silvia Castro Roberts who produced her valid driver's license as identification.

My Commission Expires: 07/26/2015

Notary Public
Print Name: Silvio Ortega

Notary Public State of Florida
Silvio Ortega
My Commission EE115658
Expires 07/26/2015