**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Debtors.**
**_________________________/**

**Case No. 11-39825 LMI**
**Chapter 7**

**Leslie Howard Roberts, Jr.**
**Silvia Castro Roberts,**
**Plaintiffs,**

**Adv. Case No. 13-01140 LMI**

**vs.**

**Edmundo Gugliotta,**
**Defendant.**
**_________________________/**

**PLAINTIFF'S MOTION TO DISMISS ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND DEFENDANT'S COUNTERCLAIM TO DETERMINE DISCHARGEABILITY**

**COMES NOW THE PLAINTIFF, LESLIE HOWARD ROBERTS, JR.**,[1] by and through the undersigned attorney and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby files this Motion to Dismiss the Adversary Complaint to Determine Dischargeability of Debt purportedly owed to Defendant Edmundo Gugliotta (ECF 1) and the Defendant's Counterclaim to Determine Dischargeability (ECF 7), and in support thereof states the following:

1. On June 15, 2015 the Plaintiff was convicted of one count of mail fraud in violation of 18 U.S.C. §1341 and sentenced to twenty-two (22) months in a federal correctional facility.

2. The allegations to which the Plaintiff was convicted involve the sale of forged Peter Max artwork which is also the subject of the allegations made by the Defendant.

[1] Summary Judgment in favor of Plaintiff Silvia Castro Roberts was granted on August 11, 2014 (ECF No. 44).

3. The Defendant claimed before the United States District Court that he was the victim of the Plaintiff and is entitled to restitution.

4. The U.S. District Court has deferred making a determination regarding restitution until September 11, 2014.

5. The question of whether or not Defendant Edmundo Gugliotta was actually a victim of the Plaintiff and if so to what extent he may be entitled to restitution is a matter that would best be decided by the U.S. District Court at the hearing to be held on September 11.

6. The findings of the U.S. District Court will be res judicata and will decide the issues raised in the Plaintiff's complaint and in the Defendant's counterclaim.

**WHEREFORE, PLAINTIFF LESLIE HOWARD ROBERTS, JR.** respectfully requests that this Court grant his Motion to Dismiss and permit the matter to be resolved in the pending case before the United States District Court.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 22, 2015 a copy of the foregoing Motion to Dismiss was delivered to Dirk Lorenzen, Esq. by email to eservice@lorenzenlaw.com.

Submitted by: /s/ Mark S. Steinberg
Signature

Mark S. Steinberg, Esq.
Florida Bar No. 883913
Attorney for Debtor/Plaintiff
9100 South Dadeland Boulevard
Suite 1607
Miami, Florida 33156
Telephone: (305) 671-0015
Primary email: mss@steinberglawoffices.com
Secondary email: bank71113@gmail.com